# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ABDUL NUR SHAKUR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil No. 96-0384-CV-W-9-FJG |
| ) | Crim. No. 88-00208-01-CR-W-9 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Pending before the Court is Petitioner Abdul Nur Shakur's Motion for Reconsideration (Doc. No. 38). The Court has reviewed the record, the relevant law, and the petitioner's submission and finds that reconsideration is not warranted. Therefore, pettioner's motion is **DENIED**.

**IT IS SO ORDERED.**

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge

Dated:   December 19, 2005
Kansas City, Missouri